# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| GEOFFREY DEMOND REESE, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 1:14-cr-00344-GZS |
| STATE OF MAINE, | ) ) | |
| Respondent. | ) ) ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 10, 2014, his Recommended Decision (ECF No. 9). Petitioner filed his Objection to the Recommended Decision (ECF No. 10) on December 31, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 9) is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Petition Under Section 2254 (ECF No. 1) is **DISMISSED**.

3. It is hereby **ORDERED** that Petitioner's Motion for Release (ECF No. 6) is **DENIED** as moot.

4. It is hereby **ORDERED** that a certificate of appealability shall not be issued because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal  
U.S. District Judge

Dated this 6th day of January, 2015.